JS6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARANJOT SINGH and MANPREET DHILLON,<br><br>Plaintiff,<br><br>vs.<br><br>7-ELEVEN, INC., a Texas Corporation,<br><br>Defendant. | Case No. 2:20-cv-11769- JFW(KKx)<br><br>**JUDGMENT** |

Pursuant to this Court's June 3, 2021 Order (Dkt_69) and Statement of Decision (Dkt_70) granting Defendant 7-Eleven, Inc.'s motion for summary judgment,

**IT IS ORDERED, ADJUDGED, AND DECREED** that:

1. Plaintiffs Charanjot Singh's and Manpreet Dhillon's claims are dismissed with prejudice;

2. Plaintiffs shall take nothing by their action;

3. Defendant 7-Eleven, Inc. is the prevailing party, and its costs shall be taxed to Plaintiffs; and

4. All motions or applications to tax costs or attorneys' fees shall be made within fourteen (14) days of entry of this Judgment and in accordance with Local Rules 54-2, 54-3, and 54-7.

DATED: jUNE 11, 2021

*signature*

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

**Presented by:**

CALL & JENSEN
A Professional Corporation

/s/ Michael S. Orr
Julie R. Trotter
  jtrotter@calljensen.com
Michael S. Orr
  msorr@calljensen.com
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660


QUARLES & BRADY LLP

/s/Christian C. Burden
Christian C. Burden
  chris.burden@quarles.com
101 E. Kennedy Blvd., Ste. 3400
Tampa, Florida 33602
chris.burden@quarles.com

Attorneys for Defendant 7-Eleven, Inc.